J. A. HORNSBY, Appellant, v. STATE, Appellee.

200 So. 541
En Banc
Opinion Filed February 4, 1941
Rehearing Denied March 6, 1941

*Douglas & Schad,* for Appellant;

*George Couper Gibbs,* Attorney General, and *William Fisher, Jr.,* Assistant Attorney General, for Appellee.

PER CURIAM.—The sole error complained of is that the evidence was insufficient to support a verdict of guilty of grand larceny. We have examined it and are of the opinion that there was ample testimony to justify the verdict and judgment of the court.

It is, therefore, ordered that the judgment be—

Affirmed.

WHITFIELD, BUFORD, CHAPMAN and THOMAS, J. J., concur.

BROWN, C. J., TERRELL and ADAMS, J. J., dissent.